AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LHF PRODUCTIONS, INC.,
Plaintiff,

V.

JIM MOY,
Defendant.

CASE NUMBER: 16-cv-8417

ASSIGNED JUDGE: Edmond E. Chang

DESIGNATED
MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

Jim Moy
3027 S. Arch Street
Chicago, IL 60608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Hierl
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



January 12, 2017

DATE

*150719*

Law firm ref#:

# United Stated District Court for the Northern District of Illinois

**LHF PRODUCTIONS INC,**
    Plaintiff(s),

vs.

**JIM MOY,**

    Defendant(s).

Case No.: 16-cv-8417

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Kathleen Dinunno, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

**DEFENDANT TO BE SERVED: JIM MOY**

I, Served the within named defendant on January 19, 2017 @ 9:08 AM

**SUBSTITUTE SERVICE:** by leaving a copy of this process at his/her usual place of abode with **JEAN MOY**. (Title): **MEMBER OF HOUSEHOLD**, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on ___1/20/17___.

**TYPE OF PROCESS: SUMMONS IN A CIVIL CASE**

**ADDRESS WHERE SERVED: 3027 S ARCH STREET, Chicago, IL 60608**

The sex, race and approximate age of the defendant or other person with whom the copy of this process was left is as follows:

Sex: **Female** - Skin: **Asian** - Hair: **BLACK** - Approx. Age: 50 - Height: 5 3 - Weight: 135

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of ___Illinois___

County of ___Cook___

X _____
Kathleen Dinunno, Process Server
Dated ___1/20/17___ ATG LegalServe Inc

This instrument was subscribed and sworn to before me on ___1/20/17___ (date)
By ___Kathleen Dinunno___ (name/s of person/s)

_____
Signature of Notary Public

Official Seal
Veronica Moreno
Notary Public State of Illinois
My Commission Expires 11/12/2017

ATG LegalServe Inc 105 W. Adams Street, Suite 1350 Chicago, IL 60603 312.855.0303